NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KONINKLIJKE KPN N.V.,**

*Plaintiff-Appellee*

v.

**TELEFONAKTIEBOLAGET LM ERICSSON, ERICSSON, INC.,**

*Defendants-Appellants*

---

2023-2327

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:21-cv-00113-JRG, Chief Judge J. Rodney Gilstrap.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    KONINKLIJKE KPN N.V. v. TELEFONAKTIEBOLAGET LM
ERICSSON

(2)  Each side shall bear their own costs.

FOR THE COURT

January 24, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 24, 2024